18-MJ· 2535-MBB

## AFFIDAVIT

I, Jason Abromoski, being duly sworn, do hereby state as follows:

1.      I am a trooper with the Massachusetts State Police (MSP). I became a trooper with MSP in October 2011. Currently, I am assigned to the Massachusetts State Police Division of Homeland Security and Preparedness – Commonwealth Interstate Narcotics Enforcement Reduction Team ("C.I.N.R.E.T"), where my duties are to investigate narcotics distribution cases.  I previously worked as a homicide and narcotics investigator for the MSP unit assigned to the Plymouth County District Attorney's Office.

2.      In addition to my work as a Trooper with MSP, I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). Since September 2018, I have been assigned to the Organized Crime Drug Enforcement Task Force, New England Strike Force, a multi-agency task force whose mission is to identify, investigate, disrupt, and dismantle large-scale, violent drug trafficking organizations operating in the District of Massachusetts and elsewhere.

3.      Through my work with DEA and MSP, I am familiar with the manner and means commonly employed by drug traffickers, including those employed to avoid detection by law enforcement.  I am also familiar with the terminology and slang commonly employed by drug traffickers.  In my training and experience, I have observed and examined fentanyl, heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine, oxycodone, and other controlled substances.  I am aware of the prices commonly charged on the street for these substances, the method of packaging, and the jargon used in their trade.  During my law enforcement career, I have received specialized training regarding the activities of narcotics traffickers, including the methods used to package, store, and

distribute narcotics, and the methods used by narcotics traffickers to conceal and launder the proceeds of their narcotics trafficking activities.

4.      I have participated in various aspects of drug-related investigations.  I have participated in controlled purchases of controlled substances utilizing confidential sources and undercover law enforcement agents and officers.  I have prepared affidavits in support of applications for criminal complaints, search warrants, tracking warrants, and/or arrest warrants.  I have also conducted and coordinated electronic and physical surveillance of individuals involved in the illegal distribution of controlled substances.

5.      I am the co-case agent on an investigation by the Department of Homeland Security, Homeland Security Investigations (HSI), DEA, MSP, and the Brockton Police Department into the drug trafficking activities of a violent Brockton street gang. The investigation utilized controlled purchases of narcotics, physical surveillance, surveillance from a stationary pole camera, analysis of telephone records, search warrants for locations, search warrants to track cellular telephones, and a Title III wiretap. During the investigation, agents have seized significant quantities of fentanyl, cocaine, and other drugs as well as several firearms, including an AK-47 assault rifle.

6.      I submit this affidavit for two reasons. First, I submit it in support of an application for a criminal complaint charging that from at least on or about January 2018 to the present, DJUNA GONCALVES ("DJUNA"), CODY GONCALVES ("CODY"), ANTHONY GONCALVES ("TONY"), CALVIN MENDES, a/k/a "40," CARLOS ANTUNES, JERMAINE GONSALVES, ANGLEO PINA, OZAIR PEREIRA, JOSEPH GREENE, and BRIAN DONAHUE (collectively, the "Targets") conspired to possess with

intent to distribute and distribute fentanyl and cocaine, in violation of Title 21, United States Code, Section 846.

7.     Second, I submit this affidavit in support of the government's motion that the Targets be detained pending trial. The Targets are either members of a violent Brockton street gang, or significant drug traffickers, or both. Based on the information set out below, each of the Targets represents a danger to the community or poses a significant risk of flight.

8.     This affidavit does not set forth all the facts developed during the course of this investigation.   Rather, it sets forth only those facts that are necessary to establish probable cause to believe that the Targets have committed violations of Title 21, United States Code, Section 846.

### THE A BLOCK STREET GANG

9.     For several years, significant gang and gun-related violence has plagued the city of Brockton. Most of the gang violence stems from neighborhood-based gangs that compete with each other for control of territory in order to facilitate their ability to make money from street-level drug sales. One such Brockton neighborhood gang is known as "A Block." "A" is short for Addison Avenue, a winding two-way street comprised mostly of densely packed single-family homes. Members of A Block typically come from that street or the surrounding neighborhood. Addison Avenue is located in the eastern part of Brockton. For that reason, many A Block gang members frequently refer to themselves as from "eastside" or "east."

10.     Based on information gathered during this and other investigations, I believe that DJUNA, CODY, TONY, MENDES, GONSALVES, and ANTUNES are members of A Block. DJUNA, CODY, and TONY reside at 12 Addison Avenue. For years, DJUNA

and his siblings have used 12 Addison Avenue as a home base to facilitate their drug trafficking activity. Not surprisingly, the neighborhood surrounding 12 Addison Avenue has been the scene of two murders, numerous shots-fired calls, and other reports of crimes of violence.[1] As is set out more fully below, DJUNA recently survived an assassination attempt at 12 Addison Avenue when an as-yet unidentified shooter fired multiple gunshots into DJUNA's basement apartment.

THE 2014 INVESTIGATION INTO DJUNA AND CODY

11.    On February 28, 2014, MSP received information from a confidential informant that CODY was on his way to make a drug delivery at a Dunkin Donuts in Brockton. MSP watched CODY enter and quickly exit 12 Addison Avenue and stopped him as he walked to the drug meet. At the time, CODY was in possession of approximately 150 grams of heroin packaged in fifteen 10-gram "fingers," a plastic twist containing approximately 3.5 grams of cocaine, and two cellular telephones. That evening, DEA, MSP, and Brockton Police executed a search warrant at 12 Addison Avenue. From the basement bedroom identified as DJUNA's room, agents seized papers and five empty prescription bottles in DJUNA's name; 25 pressed "fingers" of heroin; three additional bags of heroin; a digital scale; two boxes of sandwich bags; a money counter; and over $26,000 in cash secreted in clothes, drawers, and bags in the room. Agents recovered a loaded Walter P22 semi-automatic firearm from under DJUNA's mattress and a loaded .22 caliber short

---

[1] On July 3, 2007, a fourteen-year-old boy was shot and killed one street over from Addison Avenue. On April 25, 2009, Brockton Police responded to a shots-fired call where three people were struck by bullets at 12 Addison Avenue. Chantel Matiyosus, the girlfriend of a gang member whose gang is aligned with A Block, was killed in the driveway. DJUNA was present at 12 Addison Avenue at the time of the murder. On June 23, 2012, DJUNA was stabbed in the chest on Crescent Avenue in Brockton, two streets north of Addison Avenue.

Derringer-style pistol from the room. From the bedroom identified as CODY's room, agents seized a pay stub in his name, over $13,000 in cash secreted in two different jackets, a plastic bag containing heroin, and a loaded .40 caliber Smith and Wesson semi-automatic firearm between the mattress and the box spring from under one of two beds in the room. In addition to the guns, agents seized over 300 grams of heroin from DJUNA and CODY.

12.     A Plymouth County Grand Jury indicted DJUNA and CODY for trafficking in heroin and unlawful possession of firearms. DJUNA and CODY's state case has been pending in Plymouth Superior Court since that time. See Commonwealth v. Djuna and Cody Goncalves, No. 1483-CR-00199, 200, 211, 212. They are both on pre-trial release.

### THE CURRENT INVESTIGATION INTO DJUNA'S DTO

13.     In 2018, HSI, DEA, MSP, and Brockton Police commenced the current investigation into DJUNA, CODY, and the Targets. Agents received information from a confidential informant, CI-1, that DJUNA was the leader of a large-scale drug trafficking organization (DTO). Between May and August 2018, agents utilized CI-1 to make seven controlled purchases of fentanyl from DJUNA in the Brockton area. Many of those controlled purchases began or ended with DJUNA at 12 Addison Avenue. Within the same period, agents used a second confidential informant, CI-2, to make a controlled purchase of fentanyl from MENDES.[2] Agents also received information from a source of information, SOI-1, who identified DJUNA and CODY as fentanyl and heroin dealers, identified 12 Addison Avenue as DJUNA and CODY's mother's house and the location where they

---

[2] Because of the dangers inherent in handling or ingesting fentanyl, agents did not typically conduct field tests on the substances seized or purchased in this investigation. All substances seized or purchased have been sent for laboratory analysis. On those occasions when agents did conduct field tests on substances seized or purchased, the field test was positive for the presence of fentanyl or cocaine.

prepared drugs for sale, and said DJUNA used a cousin's house near the "VFW on the East Side" in Brockton to facilitate his drug trafficking (as is set out below, agents believe that SOI-1 was describing ANTUNES's residence).[3]

14.    Agents also placed two stationary pole cameras in the vicinity of 12 Addison Avenue. Using the pole cameras, agents observed foot and vehicle traffic around 12 Addison Avenue that was consistent with street-level drug activity. Agents observed cars pull up to 12 Addison Avenue, stay for a brief period of time, and then leave. On some occasions, the occupants of the cars were escorted inside 12 Addison Avenue. On other occasions, agents observed DJUNA, CODY, or TONY engage in meetings with the occupants in or near the driveway or engage in hand-to-hand exchanges with them. Agents observed this kind of activity occur on a daily basis, several hours a day, for months.

15.    In September and October 2018, the Honorable Patti B. Saris, Chief United States District Judge, District of Massachusetts, issued Orders authorizing the interception of wire and electronic communications to and from a cellular telephone utilized by DJUNA (hereinafter "Target Telephone 1").[4] Agents also applied for and received search warrants to

---

[3] CI-1 is a drug user whose criminal history includes entries for a drug distribution offense and diversionary dispositions, such as dismissals on court costs or community service, for driving-related offenses. CI-1's information previously led to the seizure of evidence and resulted in indictments in state court. C1-1 is cooperating for payment and in the hopes that its work will lead investigators to request a favorable disposition on a pending criminal case involving an associate of CI-1's. CI-2 was a first-time informant for MSP who purchased personal use quantities of fentanyl from MENDES. CI-2 has a criminal history that includes convictions for robbery, drug distribution and possession, larceny, and breaking and entering. After the controlled purchase with MENDES, CI-2 defaulted on a court case and was placed in custody. SOI-1 was charged with a federal drug distribution offenses and was interviewed by agents pursuant to a standard proffer letter. CI-1 and C-2 will not testify due to concerns for their safety. Ultimately, SOI-1 chose not to cooperate with law enforcement and pleaded guilty. SOI-1 is currently serving a prison sentence.

[4] Target Telephone 1 is subscribed to DJUNA at 12 Addison Avenue in Brockton.

obtain precise location information from DJUNA's Target Telephone 1. The interception of calls and text messages to and from Target Telephone 1, combined with physical surveillance, precise location information, pole camera surveillance, pen register data, and other evidence revealed that DJUNA and the other Targets are involved in distributing large quantities of fentanyl and other drugs in the greater Brockton area.

16.     While many of DJUNA's co-conspirators are other drug dealers whom he supplies, DJUNA also directly sells to drug customers. On September 16, 2018, at approximately 6:00 p.m., agents intercepted a call where DJUNA agreed to sell fentanyl to Buyer 1. DJUNA then used Target Telephone 1 to call CODY's cellular telephone, (508) 326-2807 (hereinafter, the "2807 Number").[5] DJUNA told CODY, "I gotta play for a hundred. I'm gonna come pick you up." CODY responded, "A'right." DJUNA then called Buyer 1 and said: "You said a hundred right?" Buyer 1 said, "Yeah." DJUNA responded, "A'right. I'm gonna go pick up my brother." DJUNA told Buyer 1 that he would meet him in thirty minutes. Agents set up surveillance at Buyer 1's address. At approximately 6:30 p.m., agents observed DJUNA's Nissan Altima turn into the driveway of Buyer 1's address and out of view of the agents. At 6:32 p.m., the Nissan pulled out of the driveway and drove off. Agents on surveillance identified DJUNA as the driver of the Altima. At 6:48 p.m., agents utilized the pole camera to watch DJUNA's Nissan Altima return to 12 Addison Avenue. One minute later, DJUNA got out of the Altima and walked up to the residence. Based on the intercepted communications and my training and experience, I believe that DJUNA and CODY worked together to deliver fentanyl to Buyer 1.

---

[5] Among other evidence tying CODY to this phone, in September 2018, CODY provided the 2807 Number as a contact number to a rental car agency when he rented a car.

17.    On October 8, 2018, at approximately 12:21 p.m., agents intercepted an incoming call from Buyer 1 to DJUNA on Target Telephone 1.

| | |
|---|---|
| BUYER 1: | My boy's got $65, right? |
| DJUNA: | Yeah. |
| BUYER 1: | He wants some fetty and some hard. |
| DJUNA: | Umm. |
| BUYER 1: | What can you do? |
| DJUNA: | Say that again? |
| BUYER 1: | He wants some fetty and some hard what can you do? |
| DJUNA: | Nah, I only got that brown shit. |
| BUYER 1: | Oh yeah, that shit, whatever, fucking . . . |
| DJUNA: | The one I gave you . . . yeah, that's what I'm saying. You should just say you want the same shit from the other day. |
| BUYER 1: | Nah, nah, it doesn't matter if it's cut, whatever, you know what I mean, as long as it is decent, you know what I mean? |
| DJUNA: | A'right, what about the shit, remember the shit I gave you 50 bucks the other day, the one you bought off of me for 50? How was that? The one I told you it was raw. |
| BUYER 1: | Oh, that was fire. |
| DJUNA: | Umm? |
| BUYER 1: | That was good. |
| DJUNA: | You said it was fire, right? |
| BUYER 1: | Yeah that shit was good. |

18.     DJUNA went on to tell Buyer 1 that he would meet him in fifteen or twenty minutes. In this call, based on my training and experience, Buyer 1 called DJUNA on Target Telephone 1 on behalf of an associate to ask whether DJUNA could sell him $65 worth of fentanyl ("fetty") and crack cocaine ("hard"). DJUNA replied that he only had the "brown shit," which I believe refers to DJUNA's mixture that contained fentanyl.

19.     Agents have seized suspected fentanyl from customers of DJUNA. For instance, on September 13, 2018, DJUNA arranged to sell to two drug purchasers. Beginning at approximately 3:11 p.m., agents intercepted DJUNA sending outgoing text messages to (774) 283-5674 (hereinafter the "5674 Number"), later determined to be used by a known drug user (hereinafter, "Buyer 2") where DJUNA and Buyer 2 arranged to meet. At 3:14 p.m., agents intercepted DJUNA sending an outgoing text message to (857) 417-7877 (hereinafter, the "7877 Number"). DJUNA texted to the 7877 Number, "U home" and "Got flave want u to try." The user of the 7877 Number responded, "Ya." At 3:16 p.m., DJUNA received an incoming call on Target Telephone 1 where the user of the 7877 Number told DJUNA he was home and DJUNA replied, "I'll come by there." At 3:25 p.m., agents intercepted an incoming text message from Buyer 2 on the 5674 Number, "I'm getting on 24 now so I'm only like 15 minutes away." DJUNA responded "OK," and Buyer 2 replied, "Text you when I get there."

20.     At 3:30 p.m., agents used the pole camera to watch DJUNA leave 12 Addison Avenue, get into his black Nissan Altima, and drive away. Agents followed DJUNA to 246 Colonel Bell Drive in Brockton. Agents observed DJUNA park his Altima in the rear of the residence and saw DJUNA walk inside. At 3:41 p.m., agents intercepted DJUNA as he called and told the user of the 7877 Number, "Window," and the user of the

7877 Number replied, "All right." At 3:42 p.m., DJUNA placed an outgoing text on Target Telephone 1 to Buyer 2 at the 5674 Number: "Come back foot," and two seconds later DJUNA corrected his mistake: "door." Buyer 2 replied by text, "K2 minutes."

21.     Based on these intercepted communications and my training and experience, I believe that DJUNA delivered a sample of fentanyl to the user of the 7877 Number, who lives at 246 Colonel Bell Drive, and also set up a second sale of fentanyl to Buyer 2 at that same address. At 3:44 p.m., agents observed a green Ford Taurus park at 246 Colonel Bell Drive. Agents observed a man, later identified as Buyer 2, get out of the Taurus and walk into the building. Seconds later, Buyer 2 left the building, got back into the Taurus, and drove away.

22.     Agents followed the Taurus to the area of Route 44 in Middleboro where MSP Sergeant Mark Cyr, driving a marked Massachusetts State Police cruiser, initiated a traffic stop. Cyr recovered a clear plastic bag containing a brown powder from Buyer 2's wallet. I have viewed the bag and believe, based on my training and experience and the texture and color of the bag's contents, that the bag contains fentanyl. Cyr confirmed that Buyer 2's 5674 Number was the phone in contact with DJUNA and Target Telephone 1.

23.     Based on my training and experience and the color and texture of the substance recovered from Buyer 2, I believe that the substance seized from Buyer 2 was fentanyl. Because of the dangers inherent in handling or ingesting fentanyl, agents did not typically conduct field tests on the substances seized or purchased in this investigation. All substances seized or purchased have been sent for laboratory analysis. However, on CI-1's final purchase from DJUNA during the week of August 13, 2018, agents conducted a field test of the substance provided by CI-1 that was positive for the presence of fentanyl. In

addition, as is discussed herein, on October 21, 2018, agents seized a significant quantity of fentanyl and cocaine from DJUNA, CODY, and TONY's residence at 12 Addison Avenue. Field tests on the substances seized from 12 Addison Avenue were positive for the presence of fentanyl and cocaine, respectively.

## DJUNA AND OTHER A BLOCK GANG MEMBERS

24.     The investigation revealed that DJUNA, aided by CODY and TONY, supplied A Block gang member with quantities of drugs for them to sell.

25.     <u>MENDES</u>. On September 10, 2018, at approximately 9:50 p.m., agents intercepted an incoming call to Target Telephone 1 from 774-240-2724 (hereinafter, the "2724 Number") during which DJUNA spoke with a male who identified himself as "CAL." During the call, DJUNA asked, "What's up, who's this?" and "CAL" responded, "It's CAL. Do you got any more of that DM-Fossil?" DJUNA responded, "Nah." CAL replied, "Oh, you'd don't?" and DJUNA said, "no." DJUNA then asked, "What you need someone to move it?", and "CAL" replied, "Yeah" and laughed. DJUNA asked "How much" in Cape Verdean creole and CAL replied, "Shit, nigga, like . . . What you got left?" DJUNA answered, "Yeah, 40 beans, at most, 2-3 days, I need someone to move shit." CAL responded, "Yeah? Let me know. I gotta move shit." DJUNA said "all right" and CAL replied, "I got you." Based on my training and experience, I believe that DJUNA refers to his "brand" of a mixture containing fentanyl as "DM-Fossil" and that MENDES asked DJUNA if he had any product left to sell.

26.     On September 11, 2018, at approximately 1:33 p.m., agents intercepted an incoming call to Target Telephone 1 from MENDES, using MENDES's previously-identified number of 774-517-7432 (hereinafter, the "7432 Number"), which was the

number CI-2 used to contact MENDES and make a controlled purchase of fentanyl from him. During the call, MENDES asked whether DJUNA was "at the crib" (12 Addison Avenue) and DJUNA responded, "Yeah." MENDES then told DJUNA, "I'm about to pull up on you," to which DJUNA replied, "All right." At 1:39 p.m., agents watched via the pole camera as a green colored Dodge minivan, Massachusetts registration 1DNC41, pulled up at 12 Addison Avenue. The car was registered to Moriah Lorvanis, a female who in January 2018 was indicted in Plymouth Superior Court for possession with intent to distribute fentanyl and unlawful possession of a firearm. At 1:41 p.m., agents saw DJUNA walk down the driveway of 12 Addison Avenue and get into the passenger side of the van. At 2:05 p.m., agents observed the van leave 12 Addison Avenue. At 2:16 p.m., the van returned to 12 Addison Avenue. At 2:19 p.m., DJUNA got out of the van, walked up the driveway to the rear of 12 Addison Avenue, and then out of view of the pole camera.

27. Based on the intercepted communications and my training and experience, I believe that DJUNA and MENDES drove around the block to conduct a drug transaction. During this investigation, agents observed DJUNA conduct brief meetings in cars – moving or stationary – as a means of conducting drug sales out of view of law enforcement.

28. On September 15, 2018, agents confirmed that MENDES was the user of the 2724 Number. At approximately 5:01 p.m., MENDES placed an incoming call to Target Telephone 1:

DJUNA:              Yo

MENDES:            Outside

DJUNA:              Yep

29.     On the pole camera, agents observed MENDES pull up to 12 Addison Avenue in a black BMW registered to him. In the driveway, MENDES retrieved a bag from the passenger side of his black BMW and then proceeded to meet DJUNA at the rear of his Nissan Altima, parked in the driveway. Agents then observed DJUNA and MENDES engage in a hand-to-hand exchange in the driveway, which I believe, based on my training and experience, was a drug deal.

30.     On September 18, 2018, at 3:10 p.m., agents intercepted a call over Target Telephone 1 between DJUNA and MENDES on the 2724 Number. During the call, MENDES asked DJUNA, "Oh, bout to say . . . I need to grab that. When you got the time." DJUNA responded, "Yeah, give me a little bit [unintelligible]." MENDES replied, "I got you." I believe, based on the intercepted communication and my training and experience, that MENDES picked up a quantity of fentanyl from DJUNA to sell to other customers.

31.     On September 20, 2018, at approximately 4:30 p.m., Trooper DaSilva of the Massachusetts State Police observed MENDES's black BMW, bearing Massachusetts registration 9PK815, registered to him, traveling on Main Street in Brockton. Trooper DaSilva noticed that the car had extremely dark window tint and saw the car abruptly turn into a parking lot of a Family Dollar store. He queried the registration and determined that the registered owner of the vehicle, MENDES, had a suspended driver's license. Trooper DaSilva activated his cruiser's lights and conducted a traffic stop of the BMW. Trooper DaSilva noted that MENDES, the operator of the BMW, was extremely nervous. MENEDS told DaSilva that he knew that he had a suspended license but that he had to pick up his girlfriend. When Trooper DaSilva asked that MENDES produce his driver's

license, MENDES put both hands in the pockets of his shorts. DaSilava asked which pocket had the license and MENDES replied, "It's in my right." When Trooper DaSilva asked MENDES to remove his left hand from his pocket, DaSilva saw MENDES pull out a plastic bag and attempt to discard it in the compartment on the driver's side door. Trooper DaSilva also saw in plain view a digital scale in the passenger side door compartment.

32.    Trooper DaSilva requested that other units come to his location. Once other officers arrived, Trooper DaSilva ordered MENDES out of the BMW, placed him in handcuffs, and searched him incident to his arrest for driving with a suspended license. DaSilva recovered two bulges of large wads of U.S. currency. When DaSilva retrieved the money, a plastic bag containing a white powder dropped from MENDES's shorts and came to rest between MENDES's legs. Trooper DaSilva conducted another search of MENDES and recovered a second bag containing a white power in the waistband of MENDES's shorts. Based on the communications intercepted in this investigation, the color and texture of the contents of the bags, the positive field tests discussed above, and my training and experience, I believe that the bags seized from MENDES contained fentanyl. Trooper DaSilva also recovered a plastic bag from the driver's side door compartment which contained approximately twenty round orange pills. When asked, MENDES said about the bag, "They should be Adderall."

33.    MENDES was transported to a nearby barracks and booked. In total, Trooper DaSilva seized $4,932 from MENDES, made up of various denominations. Based on the amount of drugs recovered, the digital scale, and the large amount of money in varying denominations, I believe that the drugs seized from MENDES were intended for distribution. MENDES posted a $2,040 cash bail and was released to return to court the

next day to face charges of possession with intent to distribute fentanyl and operating a motor vehicle with a suspended license, among other charges.

34.     At the time of the stop and arrest of MENDES, Trooper DaSilva recovered a cellular telephone from him (DaSilva observed a second broken cell phone in the car). During booking, I dialed the 2724 Number and the phone recovered from MENDES rang. When MENDES posted bail, his phone (the 2724 Number) was returned to him.

35.     At 6:17 p.m., agents intercepted communications over Target Telephone 1 between DJUNA and CODY, using his 2807 Number:

| | |
|---|---|
| DJUNA: | Yo, that nigga Cal text your phone? |
| CODY: | What happened? |
| DJUNA: | Cal |
| CODY: | No |
| DJUNA: | I think he got bagged up. Cuz he text my phone. He wrote, got bagged. I called him and if they . . . |
| [VOICES OVERLAP] | |
| CODY: | [coughs] Yeah? |
| DJUNA: | I even text him. 'You a fool or what?' He didn't write back. I called him back and he didn't pick up. |
| CODY: | For real? |
| DJUNA: | Yeah. I got a text from him like five minutes ago. He just wrote, "Got bagged." |
| CODY: | Yeah. I don't know if he probably . . . yeah, that's why I'm trying to think maybe he got booked, he probably just in the cruiser probably just wrote it. So I don't know [unintelligible] some shit. |

36.     At 7:18 p.m., DJUNA placed an outgoing call on Target Telephone 1 to CODY at the 2807 Number where they discussed MENDES's arrest. DJUNA complained to CODY that MENDES was "probably running around with that shit in the trunk that [unintelligible] he's [unintelligible] like he getting too comfortable like my nigga." CODY replied, "No shit." DJUNA went on to say, "They probably seen him making a zing in a parking lot or something" and CODY laughed.

37.     On September 21, 2018, agents intercepted a call with between DJUNA on Target Telephone 1 and MENDES's 2724 Number where an unknown male (not MENDES) reported in English and Cape Verdean creole to DJUNA that MENDES was in court. DJUNA and the unknown man discussed how a driving offense did not usually result in prison but DJUNA noted in Cape Verdean creole, "the work bumped it up."

38.     On September 26, 2018, at approximately 3:10 p.m., agents intercepted an incoming call from MENDES on the 2724 Number to DJUNA on Target Telephone 1:

MENDES:             What you doing?

DJUNA:              Shit. At the crib.

MENDES:             Huh?

DJUNA:              At the crib.

MENDES:             I'm about to go check you.

DJUNA:              A'right. Say you wanna, ummm . . .

MENDES:             A'right

DJUNA:              You double?

MENDES:             Yeah, I'm double.

DJUNA:              Yeah? Unless you want to take a ride to the thing real quick. Then visit Randolph?

16

| MENDES: | Yeah, but you gotta drive. |
| DJUNA: | A'right |
| MENDES: | A'right |

39.     Eight minutes later, MENDES again called DJUNA on Target Telephone 1 from the 2724 Number:

| DJUNA: | Comin' out. |
| MENDES: | Yo, yo, see if you can get a 3-5 off of TONY for me. |
| DJUNA: | A'right [unintelligible] I just grabbed his think I just grabbed his 7 I'm gonna bring [unintelligible] my room. |
| MENDES: | All right, good look. |

40.     In these calls, based on my training and experience, I believe that MENDES asked DJUNA to pick up 3.5 grams of narcotics from TONY for him. DJUNA responded by telling MENDES that DJUNA had just grabbed seven grams of either fentanyl or marijuana from him and that he was going to bring it to his room to break the larger amount into smaller quantities.

41.     ANTUNES. As noted above, during this investigation, agents received information from SOI-1 that DJUNA utilized a cousin's house near a VFW post in Brockton to facilitate his drug trafficking. On September 19, 2018, agents received precise location information for DJUNA's Target Telephone 1 that placed the phone in the vicinity of 125 Maplewood Circle, a residence located near a VFW post in Brockton. Agents determined that 125 Maplewood was a residence for ANTUNES, an A Block gang member who is also a cousin of DJUNA's. On that day, agents observed a black Nissan Altima utilized by DJUNA (and frequently seen at 12 Addison Avenue) parked at 125 Maplewood

Circle. Agents also intercepted a call on Target Telephone 1 on September 19, 2018 between DJUNA and ANTUNES using 774-946-7585 (hereinafter, the "7585 Number"), where DJUNA and ANTUNES discussed drug related activity conducted the day before.[6]

42.     On September 20, 2018, agents established surveillance at 12 Addison Avenue and 125 Maplewood Circle. Agents intercepted a text message between Target Telephone 1 and the 7585 Number where ANTUNES asked DJUNA, "Yea can u bring me somethng [sic] without him seeing and something for a hondo I got a ply for u but dont let him see lol." At 2:11 p.m., DJUNA called ANTUNES over Target Telephone 1 and told him, "Put it all in one . . . put it all in the same bag," and ANTUNES said, "All right." DJUNA said, "The person is going to go there right now or," and ANTUNES responded, "Nah, he is going to be here like 3 or 4, but on dogs he will be here . . . the white from the other day." At 2:14 p.m., agents used the pole camera to watch DJUNA walk from 12 Addison Avenue to a Nissan Altima rental car parked in the driveway. DJUNA got in the rental car and the car drove away. At 2:22 p.m., agents observed the rental car arrive at 125 Maplewood and two men went inside the residence. Agents observed a white Ford Focus parked in the driveway. At approximately 3:15 p.m., agents observed a black Nissan Altima, Massachusetts registration 3130PK, stop and park on the road in front of 125 Maplewood Circle. Agents saw that the driver was a white male. Agents observed a skinny Cape Verdean male with a beard leave 125 Maplewood, walk to the white man in the Nissan, and engage in a quick hand-to-hand exchange with him before returning to 125 Maplewood.

---

[6] ANTUNES's 7585 Number is subscribed in ANTUNES's sister's name, with an address of 125 Maplewood Circle, Brocton, Massachusetts.

43.     Based on the intercepted communications and my training and experience, I believe that 125 Maplewood is a stash house for DJUNA's DTO. Agents believe that in the communications between DJUNA and ANTUNES, they discussed the fact that a white man would arrive to pick up drugs at that location around 3 or 4:00 p.m. and that the drugs should all be put in "one bag." An as-yet unidentified member of DJUNA's DTO then conducted a quick hand-to-hand exchange with the white man driving the car.

44.     On September 21, 2018, at approximately 11:18 a.m., agents intercepted DJUNA placing an outgoing call to ANTUNES at the 7585 Number. ANTUNES asked DJUNA, "I was going to see if you could, um, throw me something, uh, I'm going to throw you some plays later." DJUNA replied, "Yeah, send [unintelligible]," and ANTUNES responded, "All right." At 11:30 a.m., agents used the pole camera to observe a white Ford Fusion pull up to 12 Addison Avenue. Agents identified the license plate and determined that the car was the same Ford Fusion that was at 125 Maplewood Circle the day before. Agents identified ANTUNES as the driver of the Ford Fusion. ANTUNES walked quickly up the driveway at 12 Addison Avenue. At 12:07 p.m., ANTUNES left 12 Addison Avenue and drove back to 125 Maplewood Circle.

45.     On September 22, 2018, at approximately 12:13 p.m., agents intercepted DJUNA placing a call from Target Telephone 1 to ANTUNES at the 7585 Number. The conversation, which took place in English and Cape Verdean creole, included the following:

| | |
|---|---|
| ANTUNES: | What's good? Yo, how much for a finger? |
| DJUNA: | Which one. The brizzy? |
| ANTUNES: | Uh, which one is better? Whatever is better. |
| DJUNA: | Yeah, only got that thing . . . that brizzy right now. So I |

> grab some [unintelligible] thing . . . homeboy thing . . . for who? Your boy on the Cape?

ANTUNES:                    Nah, it's for me.

DJUNA quoted ANTUNES a price of $100 for the finger. ANTUNES told DJUNA he would call him "in a little bit" to arrange to pick up the drugs. A few minutes later, ANTUNES called DJUNA. During the call, DJUNA told ANTUNES, "I was about to say you can just come to my crib." ANTUNES told him, "Going there right now," and DJUNA replied, "Yeah, just pull up front."

46.     At approximately 1:01 p.m., agents observed via the pole camera a woman driving a gray Nissan drop off ANTUNES at 12 Addison Avenue. ANTUNES walked into the residence. At 1:10 p.m., agents saw DJUNA and ANTUNES walk from 12 Addison Avenue to the gray Nissan parked in the driveway. They talked for a few minutes before ANTUNES got into the passenger seat and the Nissan drove away.

47.     Based on my training and experience, I believe that ANTUNES picked up a finger of a mixture containing fentanyl from DJUNA at 12 Addison Avenue. I believe that DJUNA had access to different quality mixes of controlled substances containing fentanyl but only had one type ("brizzy") available for sale at the time of the call. DJUNA asked if ANTUNES was picking up the suspected fentanyl to re-sell to a customer of ANTUNES's (the "boy on the Cape") but ANTUNES responded that he intended to distribute it himself.

48.     On October 12, 2018, agents intercepted communications between DJUNA and ANTUNES as they made arrangements to complete a suspected fentanyl deal with another drug dealer later identified as DONAHUE, as described below. At approximately 10:49 a.m., ANTUES used the 7585 Number to call DJUNA on Target Telephone 1 and asked, "Yo, what's up? You wanna bring me something?" DJUNA responded, "All right,

give me a few minutes, all right?" At 1:19 p.m., DJUNA called ANTUNES on the 7585 Number. ANTUNES asked DJUNA, "What you want me to tell the dude? Just to wait 'til 6:00? 'Cause we could meet him over there." DJUNA responded, "All right, yeah. Might as well . . . probably just do that."

49.     At 2:30 p.m., DJUNA called CODY on his 2807 Number to ask him if he was upstairs in his room. When CODY told him that he was outside, DJUNA responded, "I'm gonna come up to use the microwave upstairs to cook up there. 'Cause Mommy is downstairs so I'm just gonna go mix it in your room real quick." Based on my training and experience, I believe DJUNA used a microwave in CODY's bedroom to cook powder cocaine into crack cocaine.

50.     At 3:04 p.m., DJUNA called Alyssa Miranda, an associate of DJUNA's, to pick him up. During this investigation, agents have observed Miranda drive DJUNA to drug deals on numerous occasions. At 3:05 p.m., DJUNA called ANTUNES and told him he was getting picked up in ten minutes. DJUNA asked ANTUNES:

| DJUNA: | You said, uh, just one? |
|---|---|
| ANTUNES: | Yeah, one and, uh . . . You wanna do the same? |
| DJUNA: | Same as the others? |
| ANTUNES: | Yeah, uh . . . the one and a half, with the quarter, split it. |
| DJUNA: | Yeah. |
| ANTUNES: | All right. |

51.     At 3:26 p.m., agents observed via the pole camera a 2010 gray Mercedes registered to Miranda pull into the driveway of 12 Addison Avenue. Agents observed DJUNA walk from 12 Addison Avenue to the Mercedes. Agents followed the Mercedes to

ANTUNES's home at 125 Maplewood Circle. At 3:49 p.m., DJUNA called ANTUNES: "I'm outside, come outside." At 3:55 p.m., agents saw the Mercedes drive away from 125 Maplewood Circle and noted that ANTUNES was in the back seat. Agents followed the Mercedes to a rest stop with a Burger King off of Route 6 near West Barnstable. Agents saw ANTUNES walk into the Burger King. Agents intercepted a series of text messages between ANTUNES and DJUNA:

| | |
|---|---|
| ANTUNES: | He not here yet |
| DJUNA: | How long he going be |
| ANTUNES: | 5 min<br>LOL<br>Damn 5 min shut<br>Shit |
| DJUNA: | Ask him for real time |

52.     Trooper John Santos entered the Burger King and saw ANTUNES walk out of a bathroom with a white male later identified as DONAHUE. After a brief conversation, ANTUNES and DONAHUE separated. ANTUNES called DJUNA on Target Telephone 1 to ask whether he wanted anything from Burger King. When DJUNA said no, ANTUNES walked out of the restaurant, got back into the Mercedes, and DJUNA, Miranda, and ANTUNES drove onto Route 6 West back toward Brockton.

53.     DONAHUE left the Burger King and got into the front passenger seat of a white Jeep Liberty. The Jeep drove away on Route 6 East. Agents requested that a marked State Police cruiser conduct a traffic stop on the Jeep. After the driver of the Jeep committed a series of marked lanes violations, troopers activated their emergency lights and stopped the Jeep. As troopers approached the Jeep, they observed DONAHUE in the front passenger seat, the female registered owner of the Jeep in the driver's seat, and the driver's

six-year-old child in the back seat. Troopers observed DONAHUE twisting his upper torso and looking back at the troopers as if to conceal something. Trooper Finley opened the passenger side door and observed a knotted bag containing approximately thirteen grams of suspected fentanyl on the floor between DONAHUE's feet.

54.     Troopers positively identified DONAHUE by accessing his photograph and biographical information through a Registry of Motor Vehicles (RMV) database. Troopers advised DONAHUE of his Miranda rights. Post-Miranda, DONAHUE advised that he had purchased a bag of fentanyl from ANTUNES (who he correctly identified by first and last name) for $700. DONAHUE advised that he had known ANTUNES for over a year and had purchased drugs from him on approximately five other occasions. DONAHUE said that on some deals, ANTUNES arrived with a second light-skinned Hispanic male with a beard, shorter than ANTUNES, who drove a black Nissan Altima (this matched a physical description of DJUNA and DJUNA's car).

55.     DONAHUE showed troopers his cellular telephone. Troopers identified the DONAHUE's number, (774) 216-0097 (hereinafter, the "0097 Number"), and photographed a series of text messages between DONAHUE and "Carlos," identified in DONAHUE's contact list as ANTUNES' 7585 Number. ANTUNES and DONAHUE exchanged text messages where they discussed a prior drug deal (where DONAHUE believed that he had paid ANTUNES for 13 grams worth of fentanyl but only received 11), and ordered the fentanyl delivered on October 12, 2018.

56.     Based on my training and experience and the information gathered during this investigation, I believe that DONAHUE ordered the fentanyl directly from ANTUNES, that DJUNA supplied ANTUNES with fentanyl, and that DJUNA drove with ANTUNES

and Miranda to deliver the fentanyl to DONAHUE (the "boy on the Cape"). Based on my training and experience, I believe that the amount of fentanyl seized from DONAHUE was consistent with an intent to distribute and inconsistent with personal use. I also believe that DJUNA had prepared crack cocaine before leaving 12 Addison Avenue to provide to ANTUNES or to deliver with ANTUNES to other customers (the intercepted call makes clear that ANTUNES ordered more drugs – "one and a half, with the quarter, split it" – than the drugs seized from DONAHUE.

57.     The bag of fentanyl seized from DONAHUE was submitted for analysis. While DONAHUE admitted that the drugs seized were fentanyl, I also believe, based on the color and texture of the contents of the bag, that the knotted bag contained fentanyl.

58.     On October 17, 2018, agents intercepted a text message from ANTUNES on the 7585 Number to DJUNA on Target Telephone 1: "Cape hit me up we. should go post up ova there." Based on the intercepted communications and my training and experience, I believe that DONAHUE contacted ANTUNES shortly after troopers seized fentanyl from him to purchase more fentanyl from ANTUNES and DJUNA.

59.     TONY. On September 14, 2018, at approximately 5:36 p.m., agents intercepted communications over Target Telephone 1 between DJUNA and (774) 223-0979 (hereinafter, the "0979 Number"). Agents identified the speaker as TONY on this and other intercepted calls because on the calls, he provided personal information about himself that agents were able to confirm, including his place of business and the car he drove. As is set out below, he also directed DJUNA to drugs located in his bedroom at 12 Addison Avenue. DJUNA and TONY had the following exchange:

DJUNA:                    Hello

24

| | |
|---|---|
| TONY: | Hey yo |
| DJUNA: | Hey |
| TONY: | Hey you think you can bring me that rock? |
| DJUNA: | Yeah right now? |
| TONY: | Yeah |
| DJUNA: | Yo leaving the crib right now. |
| TONY: | A'right |

60.    In this exchange, I believe, based on my training and experience, that DJUNA agreed to bring a quantity of fentanyl or crack cocaine to TONY to sell. Drug traffickers sometimes compress fentanyl into a solid state to make it appear "pure" and as if it was chipped off a kilogram-sized quantity of the drug. I have also heard crack cocaine referred to as "rock."

61.    On September 20, 2018, at approximately 4:25 p.m., agents intercepted a call between DJUNA and TONY on the 0979 Number. DJUNA asked TONY:

| | |
|---|---|
| DJUNA: | What you give him? The Kush or Sour? |
| TONY: | Give him the Kush. |
| DJUNA: | All right. |
| TONY: | They have been [unintelligible]. He's here, he's here. Outside. |
| DJUNA: | What I'm saying is . . . what he want, 7? |
| TONY: | Yeah, 7, yeah. |
| DJUNA: | How much you left it for? |
| TONY: | 50. |
| DJUNA: | All right. |

62.     At the conclusion of this call, using the pole camera, agents observed DJUNA walk down the driveway and engage in a quick hand-to-hand exchange with the driver of a Ford van. Based on the intercepted communications and my training and experience, I believe that DJUNA and TONY worked together to sell marijuana to the driver ("Kush" and "sour" are slang terms for strains of marijuana).

63.     GONSALVES. On June 22, 2018, at 5:26 p.m., MSP Sergeant Eric Telford conducted a motor vehicle stop for a moving violation of a 2018 gray Toyota Rav 4, rented to GONSALVES, in the area of Silver Road in Brockton. Also in the rental car were DJUNA and Anthony Blair, an A Block associate. At the time of the stop, DJUNA was in possession of a large amount of U.S. currency, estimated to be in excess of $5,000. During the traffic stop, GONSALVES (the driver) and the other occupants advised that they were about to pull into Blair's residence at 31 Silver Road. Sergeant Telford issued GONSALVES a verbal warning. After the stop was completed, Sergeant Telford observed GONSALVES pull into Blair's residence at 31 Silver Road in Brockton.

64.     On July 13, 2018, Brockton Police responded to the scene of a single car accident with a rented red Ford Focus. GONSALVES was the driver and sole occupant of the car but was not the party who rented the car. Based on my training and experience, drug traffickers frequently use rental cars in an effort to move narcotics or money and evade law enforcement.

65.     On October 17, 2018, GONSALVES drove DJUNA and ANTUNES in a rental car as DJUNA delivered drugs to Buyer 1 and another regular customer who purchased suspected fentanyl from DJUNA on a near-daily basis (hereinafter, "Buyer 3"). That morning, agents intercepted text messages and, later, telephone calls where Buyer 3

arranged to purchase suspected fentanyl from DJUNA. At 11:37 a.m., agents intercepted a call between Buyer 3 and DJUNA where DJUNA advised Buyer 3, "Meet me in like 10 minutes on the east side." Since September 2018, agents have intercepted numerous conversations between Buyer 3 and DJUNA where Buyer 3 has arranged to meet DJUNA on the "east side," which agents know refers to streets near 12 Addison Avenue in order for Buyer 3 and DJUNA to complete suspected fentanyl sales. In addition to these nearly-daily meetings, agents frequently intercepted Buyer 3 complimenting or complaining to DJUNA about the quality of the product he sold to Buyer 3.

66.     At 12:02 p.m., agents intercepted Buyer 1 as he placed an incoming call to DJUNA on Target Telephone 1:

| BUYER 1: | What up? You around? |
| DJUNA: | Yeah. |
| BUYER 1: | Um, I got a hundred. |
| DJUNA: | What you want? |
| BUYER 1: | Um, more than like, um, some fetty, and some hard. |
| DJUNA: | I don't have hard right now. |
| BUYER 1: | You have coke? |
| DJUNA: | Yeah. |
| BUYER 1: | Powder? I take the powder. |
| DJUNA: | Yeah. Twenty, thirty minutes I be there. |
| BUYER 1: | All right. |

67.     Based on my training and experience, I believe Buyer 1 ordered fentanyl and crack cocaine from DJUNA. DJUNA agreed to sell Buyer 1 fentanyl but only had powder

cocaine, not crack cocaine, to sell Buyer 1. Buyer 1 agreed to purchase the fentanyl and powder cocaine from DJUNA.

68.     At approximately 12:11 p.m., agents used the pole camera to watch as a silver Nissan Altima rental car with Mississippi license plates rented to GONSALVES pulled up in front of 12 Addison Avenue. Agents observed GONSALVES in the driver's seat. Agents observed ANTUNES in the front passenger seat. At 12:31 p.m., agents observed DJUNA walk from 12 Addison Avenue toward the rented Nissan. ANTUNES got out of the front passenger seat and got into the back seat. While DJUNA, GONSALVES, and ANTUNES were together in the rented Nissan, agents intercepted DJUNA arranging a meeting with Buyer 3 on Taylor Street, a street near 12 Addison Avenue. Agents intercepted DJUNA and Buyer 3 as each guided the other to the correct meeting location for the deal, with GONSALVES and ANTUNES in the car:

| DJUNA: | That you at the first stop sign? |
| BUYER 3: | Yep. Yep. |
| DJUNA: | Just make a left. Make a left. Go to Perry. |
| BUYER 3: | All right. I made a left. |
| DJUNA: | Soon as you get on Perry just pull over to you right real quick. I'll see you. |

69.     After DJUNA, GONCALVES, and ANTUNES met Buyer 3 and delivered the fentanyl, agents intercepted a call from DJUNA on Target Telephone 1 to Buyer 1. At 12:45 p.m., DJUNA told Buyer 1, "I'm going to pull up like 2 to 3 minutes," and Buyer 1 responded, "All right." Agents had established surveillance in the vicinity of Buyer 1's home. At 12:48 p.m., agents observed Buyer 1, wearing a black t-shirt and black baseball cap (backwards), waiting by the side door of his house. At 12:49 p.m., agents observed the

Nissan rental car with Mississippi plates as it proceeded down Lincoln Street. Agents noted that three men were still in the rental car. The rental car pulled into the driveway of Buyer 1's home. Buyer 1 walked to the front passenger side of the car. Within a minute, the Nissan rental car left the driveway and drove off. Using the pole camera, agents saw the Nissan rental car return to 12 Addison Avenue at 1:35 p.m. Agents observed ANTUNES standing outside the rental car.

70.    PINA.  On September 16, 2018, agents intercepted an incoming call to DJUNA on Target Telephone 1 from (857) 249-6977 (hereinafter the "6977 Number") and spoke to a Cape Verdean male identified as PINA. During the conversation, PINA told DJUNA, "I want to holla at you, try to hook up with you about something, I don't wanna talk on the phone, you feel me?" On September 22, 2018, at 11:58 a.m., PINA texted DJUNA, "Bro, it's Nice, I'm out here, call me so we can link and chop it up." At 12:58 p.m., DJUNA replied, "come by my crib in 30." DJUNA and PINA also joked in the texts about the need for PINA to use K2, a chemical form of cannabis that is difficult to detect in drug tests, because PINA was living in a half-way house (PINA is on supervised release from a prior federal drug conviction and was living at a half-way house at the time). Using the pole camera, at 2:09 p.m., agents observed a Kia rental car pull into the driveway of 12 Addison Avenue. Agents observed the driver get out of the Kia and meet with DJUNA. Agents were familiar with PINA from a prior federal investigation and identified PINA as the driver of the Kia rental car (agents also knew that his nickname was "Nice").

71.    On October 14, 2018, at approximately 6:40 p.m., agents intercepted an outgoing call from DJUNA on Target Telephone 1 to PINA at the 6977 Number. The conversation took place in English and in Cape Verdean creole:

| | |
|---|---|
| PINA: | Hello |
| DJUNA: | Yo thing you wanted the hard too |
| PINA: | Nah, nah, nah, just |
| [VOICES OVERLAP] | |
| | I still got the shit you gave me. |
| DJUNA: | All right, you want [unintelligible]. |
| PINA: | Um, we can link up and see what [unintelligible] we have soft for right now [unintelligible]. |
| DJUNA: | All right, if anything I can go meet you there or maybe [unintelligible] probably have you come over here. |
| PINA: | All right |
| DJUNA: | Yeah, come [unintelligible] thing I'm probably like 15-20 minutes, come through my spot. |
| PINA: | OK, say no more. |

72.     At approximately 7:02 p.m., PINA called DJUNA, "I'm outside in the front." DJUNA replied, "I'm coming outside right now." At 7:09 p.m., PINA called DJUNA, "Yeah, you want us to back up in the [sic] driveway," and DJUNA replied, "Yeah, just back in the driveway," then asked PINA, "This nigga got bud?" At 7:10 p.m., I used the pole camera to watch as DJUNA walked out of 12 Addison Avenue and entered the rear passenger seat of a four-door sedan. The car, with DJUNA in it, pulled away from 12 Addison Avenue. At 7:22 p.m., the car returned to 12 Addison Avenue and DJUNA got out.

73.     Based on the intercepted communications and my training and experience, I believe that PINA and another individual met DJUNA at 12 Addison Avenue to be supplied with an amount of cocaine ("soft"). DJUNA asked whether the buyer also wanted

crack cocaine ("hard") but PINA advised DJUNA that PINA still had leftover crack cocaine from an amount DJUNA had previously provided to him. As has been seen on numerous occasions during this investigation, agents observed DJUNA, PINA, and the as-yet unidentified buyer take a "meaningless" ride around the Addison Avenue neighborhood to complete the drug deal in the car outside the view of law enforcement.

74.     On October 16, 2018, PINA texted DJUNA on Target Telephone 1 looking for CODY's cellular telephone number, and DJUNA provided PINA with CODY's 2807 Number. Later, at 4:35 p.m., agents intercepted a call between PINA and DJUNA:

| | |
|---|---|
| DJUNA: | Yo. |
| PINA: | Yo bro. |
| DJUNA: | What's up. |
| PINA: | Yeah, they say [unintelligible] wants to grab something bro. |
| DJUNA: | Why what's he trying to grab? |
| PINA: | Another 7 or a half. |
| DJUNA: | Damn no bullshit I only got a thing 3 left unless he wants the 7. |
| PINA: | 3 things. |
| DJUNA: | Yeah. |
| PINA: | All right, let me call him and tell him right now. |

75.     Thereafter, at approximately 10:12 p.m., PINA texted DJUNA, "Yo, we tryin to grab that," and DJUNA replied, "Come thru 20 minutes." DJUNA asked, "he wants all 3," and PINA responded, "Naw jus 2." At 10:52 p.m., PINA texted DJUNA, "we bout to pull up," and DJUNA replied, "Come to back grab it." On the pole camera, agents

observed a Porsche Carrera pull into the driveway of 12 Addison Avenue. At 10:56 p.m., agents intercepted a call between PINA and DJUNA where PINA said, "I'm about to come back there right now" and DJUNA complained, "I know just come by yourself dude, Don't come . . . yeah, don't come . . . That's what I'm saying. Make it quick 'cause I'm in the basement." On the pole camera, agents observed a man get out of the front passenger seat and walk toward the back of 12 Addison Avenue. While it was dark, agents believe that based on his height, weight, and build that the person who walked toward the back of 12 Addison Avenue was PINA. A few minutes later, the driver got out of the Porsche and walked in the same direction. At 10:58 p.m., both the driver and passenger (PINA) got into the Porsche and drove away. Based on my training and experience and the intercepted communications, I believe that DJUNA supplied PINA with a quantity of fentanyl that PINA then supplied to the driver of the Porsche.[7]

---

[7] During the investigation, agents identified TONY as the marijuana distributor for 12 Addison Avenue. As is discussed more fully below, agents searched 12 Addison Avenue on October 21, 2018, after an as-yet unidentified man shot at DJUNA in his basement apartment several times. When agents searched 12 Addison Avenue after the shooting, the only room in the house that had marijuana packaged for sale was TONY's bedroom, and the marijuana was in the location TONY described in intercepted calls. Agents intercepted one occasion where DJUNA discussed selling marijuana, when a customer of TONY's showed up at 12 Addison Avenue when TONY was not home. TONY directed DJUNA to where the marijuana was located in his room and told DJUNA what type of marijuana to sell him. In this call, DJUNA directed PINA to come to the back of 12 Addison Avenue. The back of 12 Addison Avenue has the only direct entrance to the basement, where DJUNA lived. When agents searched DJUNA's bedroom on October 21, 2018, after the shooting, agents found a pile of fentanyl on DJUNA's comforter and a digital scale, consistent with DJUNA preparing the fentanyl for sale. (Moreover, in the 2014 search, agents found 25 fingers of heroin in the same basement living quarters for DJUNA.) Based on the limited communications of DJUNA discussing marijuana sales, DJUNA's direction to PINA to come to the basement, and the recovery of fentanyl (and the absence of marijuana packaged for sale) from DJUNA's room on October 21, 2018, I believe DJUNA and PINA sold the driver of the Porsche fentanyl.

76.    On October 19, 2018, agents intercepted a call between DJUNA and ANTUNES where the two discussed a recent possible home invasion committed by MENDES for a large amount of cash. During the conversation between DJUNA and ANTUNES, they discussed that MENDES had posted a photograph of a large amount of U.S. currency on MENDES's "Snapchat" account. They also discussed the possibility that someone would retaliate for MENDES's theft.

77.    In light of that conversation, agents began to look for MENDES. Agents had obtained a search warrant for precise location information for MENDES's 2724 Number. Agents located the phone in the area of Hamilton Street in Brockton and called for a uniformed trooper in a marked Massachusetts State Police cruiser to pull him over. MENDES was again driving his BMW registered to him (as before, MENDES did not have a valid driver's license). Troopers identified PINA in the front passenger seat. During the traffic stop, agents dialed the 6977 Number. Troopers conducting the stop observed PINA's cellular telephone ring. MENDES was arrested again for driving with suspended license. Troopers seized $1,553 in U.S. currency in his pants at booking and three cell phones.

78.    On October 20, 2018, agents intercepted an incoming call from PINA's 6977 Number to DJUNA on Target Telephone 1. During the call, DJUNA and PINA said the following:

| PINA: | Yo what up bro you around? |
|---|---|
| DJUNA: | Yeah at the crib. |
| PINA: | You trying to take me to bust a zing on the north side and I'll give you this bud? |
| DJUNA: | [unintelligible] fossil thing gonna say we go to Foxwoods? |

| | |
|---|---|
| PINA: | Umm . . . |
| DJUNA: | [unintelligible] come snatch me up. |
| PINA: | How long you gonna be gone for? |
| DJUNA: | Nah, [unintelligible] real quick. |
| PINA: | Let's go nigga I'm with it. |

79.     After that call, DJUNA contacted Alyssa Miranda over Target Telephone 1 and told her that he had to "snatch him up." When Miranda asked, "Who?", DJUNA replied, "Nice." DJUNA continued, "He wants [unintelligible] to take him to make a zing on the north side. [Unintelligible] and I asked him to go to the casino too."

80.     Based on the intercepted calls and my training and experience, I believe that PINA asked DJUNA to give him a ride so that he could make a drug sale (a "zing" is a common slang term for a drug deal). PINA offered to compensate DJUNA for the ride by giving DJUNA marijuana ("bud"). I believe that PINA's drug sale was for fentanyl – in an previous intercepted call between DJUNA and MENDES, MENDES referred to DJUNA's mixture with fentanyl as "DM Fossil."

### DJUNDA DISTIRBUTES TO OTHER DRUG TRAFFICKERS

81.     In addition to A Block gang members on his customers, the investigation revealed that DJUNA supplied other Brockton-area drug traffickers as well.

82.     <u>GREENE</u>. On October 8, 2018, at approximately 11:37 a.m., agents intercepted an incoming call from a male voice to Target Telephone 1 from (774) 381-4861 (hereinafter, the "4861 Number").[8] During the call, the man asked DJUNA, "This, this

---

[8] The 4861 Number is subscribed to GREENE in his true name at his home address in Stoughton.

Juicy?" (agents believe "Juicy" is a nickname for DJUNA). The speaker then identified himself as "Beliza's boyfriend." Agents know that Beliza Resende is a cousin of DJUNA. Agents accessed the public-facing portion of Resende's Facebook account and determined that she stated she was in a relationship with GREENE. Agents compared photographs of GREENE on Resende's Facebook page to an RMV photograph of GREENE and confirmed that they were the same person.

83.     GREENE told DJUNA, "I've been trying to get a hold of you for a minute. She's been telling me you got fuck [unintelligible] full of [unintelligible]. DJUNA replied, "Yeah, yeah, I've got some thing." GREENE told DJUNA, "I usually grab weight, bro, but fucking guy downstairs from me . . . he stole all my work, he stole all my work bro . . . I took like a $4,000 loss." DJUNA asked, "What are you trying to grab, the hard or the soft? 'Cause I only got hard right now." When GREENE told DJUNA, "I was trying to grab both," DJUNA told him, "I only got two baskets of hard. I had soft yesterday but I actually got rid of it." DJUNA quoted GREENE a price of $175 per basket, "unless you keep it at both, I'll do it at a buck fifty each." GREENE replied, "For real? $300 for the fire?" DJUNA promised him that it was good and that, "I whip this shit up myself." GREENE told DJUNA, "Dude, I'll try it out, and fucking, if I like it I'll just stick with you, 'cause I'm looking for a new plug anyways . . . and my girl says you good people." GREENE discussed that he also sold marijuana and DJUNA replied, "My little brother been moving that bud . . . I be trying to find connections with [unintelligible] to fuck with. [Unintelligible] my little brother is moving all that shit."

84.     Based on the intercepted communications and my training and experience, I believe that in this call, GREENE told DJUNA that he needed to find a new supplier, that

DJUNA offered to sell GREENE one basket, or 3.5 grams, of crack cocaine for $175, or two baskets (7 grams) for the discounted volume price of $300. DJUNA told GREENE that he could also sell him powder cocaine ("soft") and that his "little brother" (i.e., TONY) sold marijuana for the DTO.

85.     On October 9, 2018, at approximately 9:06 p.m., agents intercepted communications between GREENE and DJUNA where GREENE asked DJUNA if he was around. When DJUNA replied that he was, GREENE told DJUNA he would travel from Stoughton to meet him "if you're ready now." The two continued:

| | |
|---|---|
| DJUNA: | You said you wanted thing . . . the hard, right? |
| GREENE: | Yeah, the hard. You have the soft too? |
| DJUNA: | No, not even. I only got the hard. |
| GREENE: | Yeah, I'll just grab the hard for now. |

86.     DJUNA agreed to sell GREENE one "basket" of crack cocaine for $175. The two men talk about future sales where GREENE advised DJUNA that he would be a "basket" of "soft" or powder cocaine per day at $150 "all day." At 9:17 p.m., GREENE told DJUNA that he was on his way and would meet him in ten minutes. At 9:35 p.m., agents intercepted a call where DJUNA told GREENE he was pulling into the wrong driveway and directed him to 12 Addison Avenue. As this call was in progress, on the pole camera, I saw a sedan pull into the driveway of 12 Addison Avenue. DJUNA walked down the driveway and entered the front passenger seat. When the door opened and the interior lights illuminated the passenger compartment, I observed GREENE and DJUNA speaking to one another inside the car. At 10:11 p.m., DJUNA got out of the car and GREENE drove away from 12 Addison Avenue.

87.    On October 13, 2018, agents intercepted a call between GREENE and DJUNA where GREENE told DJUNA, "The shit was fire, bro . . . I appreciate that, no bullshit. I have your money." GREENE continued, "Yeah, and I want some more too." DJUNA replied, "All right, I got you." On October 14, 2018, agents intercepted an outgoing call from DJUNA to GREENE where DJUNA said, "I was gonna, uh, let me uh, thing . . . Link up with me so we can go to thing . . . grab that bread." GREENE replied, "Yeah, I'm here but fucking [unintelligible] pass me some more?" DJUNA replied, "What you want, two of the soft?" GREENE told DJUNA he could meet him in Stoughton. GREENE told DJUNA to meet him at a Subway near a Christmas Tree shop near the Stoughton / Avon town line.

88.    On the pole camera, at approximately 2:15 p.m., agents observed DJUNA and CODY pull out of the driveway of 12 Addison Avenue in a rented white Hyundai. Agents established surveillance at the restaurant, which is a combination Subway and Dunkin Donuts. At approximately 2:27 p.m., agents observed a black Hyundai Accent arrive at Subway. The Hyundai was registered to Beliza Resende's mother. Moreover, on July 13, 2018, Stoughton Police stopped GREENE driving that car for a motor vehicle violation and issued GREENE a citation. Agents observed GREENE get out of the driver's side and enter Subway. At approximately 2:30 p.m., observed the white Hyundai pull into the Subway parking lot. Agents saw DJUNA enter the Subway. At 2:32 p.m., DJUNA walked out of the Subway carrying a Dunkin Donuts bag and a coffee. At 2:36 p.m., GREENE walked out of the Subway with a Subway bag. He walked over to DJUNA and CODY's white Hyundai and got into the back seat. Three minutes later, GREENE got out

of the car, spoke briefly to DJUNA at the door, and then walked to his black Hyundai. DJUNA and CODY left the parking lot.

89.     On October 17, 2018, agents intercepted calls between DJUNA and GREENE where he asked DJUNA, "You think you can throw me some more?" DJUNA advised GREENE, "No, ain't no more right now. But I can throw some more later if you want." GREENE told DJUNA that he would "go collect some bread" and would give him a call. On October 18, 2018, agents intercepted communications between DJUNA and GREENE where GREENE asked DJUNA where he was and DJUNA replied, "the spot," which agents know means 12 Addison Avenue. GREENE told DJUNA he was on his way over. Using the pole camera, agents observed GREENE arrive at the driveway of 12 Addison Avenue. At approximately 8:06 p.m., agents observed DJUNA walk from 12 Addison Avenue to the driver's side of the vehicle. At 8:07 p.m., DJUNA walked back up the driveway and GREENE drove off. Based on my training and experience and the intercepted communications, I believe that on this date GREENE paid a drug debt to DJUNA.

90.     PEREIRA. On September 12, 2018, at approximately 2:52 p.m., agents intercepted DJUNA placing an outgoing call over Target Telephone 1 to (857) 526-7677, a cellular telephone utilized by Tony Semedo-Cardozo. DJUNA and Semedo-Cardozo had the following exchange:

| | |
|---|---|
| SEMEDO-CARDOZO: | This nigga Oza is going to grab something around you |
| DJUNA: | Yeah |
| SEMEDO-CARDOZO: | He wants two things |
| DJUNA: | Things? |

| | |
|---|---|
| SEMEDO-CARDOZO: | Two fingers |
| DJUNA: | What, the raw? |
| SEMEDO-CARDOZO: | I don't know |
| DJUNA: | The brown one? |
| SEMEDO-CARDOZO: | I'll put [unintelligible] on the phone. I don't want to translate for him |
| DJUNA: | All right |

91.    Three seconds later, DJUNA began to speak to a male that agents identified as PEREIRA. The call was conducted in English and in Cape Verdean creole. During the call, DJUNA negotiated the sale of two fingers of suspected fentanyl with PEREIRA. The two men had the following exchange:

| | |
|---|---|
| PEREIRA: | Yeah that one |
| DJUNA: | What two? |
| PEREIRA: | Yeah, give me . . . I need two |
| DJUNA: | All right, two things, one of each |
| PEREIRA: | Ya cool, are you going to sell it to me or what? |
| DJUNA: | Yeah, I go over there right now |

92.    At 3:22 p.m., agents used the pole camera to watch DJUNA walk out of 12 Addison Avenue, enter his black Nissan Altima, and drove off. Agents on surveillance followed DJUNA as he drove to the area of Main and Lawrence Streets in Brockton. Agents lost sight of the car at that time. At 3:28 p.m., agents intercepted an outgoing call from DJUNA on Target Telephone 1 to the 7677 Number. DJUNA told PEREIRA, "I'm going there right now" and PEREIRA told DJUNA, "Come upstairs." At 3:38 p.m., agents

on surveillance observed DJUNA's Nissan Altima parked, unoccupied, at 4 Track Street in Brockton. Agents were familiar with this address as the home of PEREIRA's girlfriend.

93.   At 4:23 p.m., agents observed DJUNA walk out the front door of 4 Track Street and get into the driver's seat of his Nissan Altima. A few seconds later a woman left 4 Track Street and got into the passenger seat. DJUNA traveled to an ATM machine near a Taco Bell. Agents saw the woman get out of the passenger seat and go to the ATM machine and a few seconds later returned to DJUNA's car. At 4:33 DJUNA pulled up to 4 Track Street. Agents lost sight of DJUNA's car from their vantage point and when they were able to view DJUNA's car they noticed it was unoccupied. At 4:35 p.m., agents observed DJUNA walk from the front door to 4 Track Street back to his car. At 4:37 p.m., DJUNA called the 7677 Number and spoke to Semedo-Cardozo, "Did you want two fingers right?" When Semedo-Cardozo answered, "Ummm . . ." DJUNA responded, "put the nigga on the phone." DJUNA and PEREIRA then had the following exchange:

| | |
|---|---|
| DJUNDA: | So, it was two fingers you wanted? |
| PEREIRA: | Huh? |
| DJUNA: | It was two fingers you wanted? |
| PEREIRA: | Yeah. |
| DJUNA: | Yeah nigga you just gave me two. |
| PEREIRA: | All right . . . how much I owe you? |
| DJUNA: | Yeah but you owe me three. I'm bringing two fingers. I'll sell them 250 each. |
| PEREIRA: | All right, say less I got you. |
| DJUNA: | All right, I am downstairs. |

94.     At 4:42 p.m., agents observed PEREIRA walk out the front door of 4 Track Street, walk over to DJUNA's car, and enter the front passenger seat. (Agents had an RMV photograph of PEREIRA and positively identified him while meeting with DJUNA.) At 4:43 p.m., PEREIRA got out of DJUNA's car and walked to 4 Track Street. At 4:58 p.m., DJUNA returned to 12 Addison Avenue and walked inside the house.

95.     Based on my training and experience, I believe that PEREIRA used Semedo-Cardoso's phone to place an order for two fingers or 20 grams of suspected fentanyl from DJUNA for $250 per finger. DJUNA then delivered the two fingers of suspected fentanyl to him at 4 Track Street.

### SEMEDO-CARDOSO DISCUSSED HIS MURDER WITH DJUNA

96.     On September 15, 2018, agents intercepted communications between DJUNA and Semedo-Cardoso over Target Telephone 1 where Semedo-Cardoso admitted his involvement in a murder. Agents had received reports from State Police homicide investigators that on September 14, 2018 a black teenager had been shot to death in Brockton. Investigators conducted interviews of witnesses who advised that the victim had been shot in a car. At approximately 1:07 p.m., Semedo-Cardoso placed an incoming call to Target Telephone 1 over 508-837-9374 (agents recognized his voice and also determined that the 9374 Number linked to Semedo-Cardoso's girlfriend's Facebook page). Semedo-Cardoso told DJUNA, "I guess they heard my, my cousins and them. I don't think they gonna talk." Agents believe that this is a reference to the fact that investigators interviewed Semedo-Cardoso's cousins about the shooting. Semedo-Cardoso told DJUNA, "They're not gonna talk. But they wanna do is get me themselves." Semedo-Cardoso then told DJUNA, "[m]y uncle he said, 'what are they gonna do, it was an accident, right?" Semedo-Cardoso

then said that he was not going to use his Snapchat account any more ("I ain't using snap

that shit no more"). In a later call at approximately 3:03 p.m., Semedo-Cardoso reported to

DJUNA over Target Telephone 1 that "my photo up on umm a line up . . . my cousin got

snatched up today and he said my name." On September 17, 2018, law enforcement

officials searched several locations in Brockton to execute an arrest warrant for murder for

Semedo-Cardoso. Semedo-Cardoso turned himself in to police and he was arraigned on

murder charges.

THE OCTOBER 21, 2018 ASSASSINATION ATTEMPT ON DJUNA

97.    On October 21, 2018, at approximately 2:48 a.m., Brockton Police were

alerted to several gunshots in the area of 12 Addison Avenue by Shotspotter, the city's

electronic gunshot detection system. Brockton Police also received two shots fired calls from

nearby Addison Avenue residents.

98.    Beginning at approximately 2:40 a.m., video from the pole camera captured a

figure in a hooded sweatshirt and white sneakers pacing around the exterior of 12 Addison

Avenue, into the backyard, and then onto a neighbor's yard with a view into the basement.

Thereafter, the pole camera picked up flashes of light which I believe, based on my training

and experience, to be the discharge of a firearm.

99.    Within one minute of the shots fired call, several Brockton Police officers,

including Sergeant William Carpenter, arrived at 12 Addison Avenue. Sergeant Carpenter

found five spent nine millimeter shell casings along the side of 12 Addison Avenue. He saw

that several bullets appeared to have entered the home through the basement windows and

first floor exterior wall. Sergeant Carpenter had been to 12 Addison Avenue on several

occasions, knew that DJUNA and CODY lived there, and knew that DJUNA lived in the basement apartment.

100.   Sergeant Carpenter feared that DJUNA, CODY, or another family member had been shot and directed officers to knock on the front door to check on the well-being of the occupants. Maria Gonsalves, the mother of DJUNA, CODY, and TONY, answered the door but was unable to say whether everyone in the house was safe. She allowed officers to enter the home to check on her family's welfare. Sergeant Carpenter asked if DJUNA or CODY was in the basement and Maria Gonsalves replied that she believed they were. Officers proceeded down a set of stairs to the basement. Once there, they heard footsteps behind them and saw DJUNA quickly walking down the basement stairs toward them. DJUNA, appearing nervous and flustered, attempted to walk past Sergeant Carpenter into the bedroom of DJUNA's basement apartment. Sergeant Carpenter put his hand on DJUNA's chest to stop him. DJUNA then glanced past him toward his bedroom door. As he did so, Officer Monteiro told Sergeant Carpenter, "Sergeant, behind you." Sergeant Carpenter saw a black handgun sitting on a table where DJUNA had been looking.

101.   Officers placed DJUNA in handcuffs for their safety. When they had an opportunity to look inside DJUNA's bedroom, they observed freshly spilled milk and Fruit Loops cereal covering the bed. Officers located CODY upstairs at 12 Addison Avenue, completed their well-being check of the residence, concluded that no one had been injured as a result of the shooting, and recovered two bullets and a bullet fragment from DJUNA's basement apartment.

102.   Sergeant Carpenter applied for and was granted a search warrant to search 12 Addison Avenue for additional firearms or ammunition. While searching the residence for

firearms, officers observed narcotics evidence in DJUNA's basement apartment, CODY's room, and TONY's room. Agents stopped their search and applied for and received a second, broader search warrant to search for narcotics and related evidence.

103.   In addition to the loaded Glock .45 caliber pistol found in plain view on the table near DJUNA's bedroom, agents found the following evidence in DJUNA's basement apartment. From a closet in a hall outside DJUNA's bedroom, agents seized an AK-47 military-style assault rifle and 26 rounds of 7.62 caliber ammunition. Agents also seized the cellular telephone used by DJUNA to facilitate his drug trafficking activities, discussed above.

104.   From DJUNA's bedroom, agents recovered:

- A quantity of suspected fentanyl on DJUNA's bed and a digital scale;

- A "finger press" – including two hydraulic jacks, one six-ton hydraulic press, and a large clamp – used to prepare "fingers" or ten-gram sized packages of suspected fentanyl for distribution;

- A box for a Glock firearm. Inside the box was a magazine for a Glock model 30 firearm containing two .45 caliber rounds of ammunition, five loose rounds of .40 caliber ammunition, a black plastic fore-grip for an AK-47 assault rifle, and a black nylon holster; and

- Two digitals scales, a bottle of Inositol (a common cutting agent used to prepare narcotics for sale), and mail and RMV paperwork in DJUNA's name.

105.   From CODY's bedroom on the second floor, agents recovered:

- Four bags containing fentanyl, some in powder form, and others in individually packaged quantities of fentanyl intended for street-level sale. A field test yielded a positive result for the presence of fentanyl;

- Four bags of cocaine base, or crack cocaine, packaged for street-level sale. A field test yielded a positive result for the presence of cocaine;

- 105 suboxone strips, two orange pills which based on their markings appeared to be suboxone, and one orange pill believed to be Adderall;

- A total of $12,025 dollars, including $6,910 in the front left pocket of a pair of men's jeans (in the right front pocket, agents seized a Western Union charge card in DJUNA's name), $3,500 from a safe (CODY used keys to unlock the safe), and $1,615 from the front pants' pocket of a pair of Nike sweatpants next to CODY's bed (CODY's wallet was in the other pocket); and

- One bag containing plastic baggies with cut corners (commonly used to package drugs for street-level sale) and wax finger wrappers used to make fentanyl "fingers," two boxes of Glad sandwich bags, a pair of scissors covered in a white residue, a digital scale covered in a white residue, an identification card for CODY, and a Mass Health card for DJUNA.

106. From TONY's bedroom, also on the second floor, agents recovered:

- Two large plastic bags containing marijuana, several empty one-pound bags that had contained marijuana, a digital scale, two boxes of Glad plastic bags, and mail and bank records in TONY's name; and

- From the closet, a black American Tourister bag. Inside the bag, agents seized a clear plastic bag containing nearly 30 grams of suspected fentanyl, a kilo press, 18 rounds of Win .380 caliber ammunition in a black sock, 3 rounds of 5.56 caliber ammunition, a box of baking soda, a bag of Mannitol, and mail in DJUNA's name (the paperwork appeared to be covered in fentanyl and was not safe to seize).

107. From the garage located next to 12 Addison Avenue, agents recovered:

- One 30 round 7.62 magazine containing 31 rounds of 7.62 ammunition;

- Two empty 30 round .40 caliber magazines;

- One empty 10 round .40 caliber magazine; and

- One blue "Maserati" bag which contained one 25 round .45 caliber magazine with three rounds of ammunition inside, one .45 caliber magazine with four rounds of ammunition inside, three empty high-capacity 9 millimeter magazines, one empty high-capacity .40 caliber magazine, 10 rounds of loose .40 caliber ammunition, 11 rounds of .10 caliber ammunition, and one round of .380 caliber ammunition.

DETENTION

108.   As noted above, the Targets are engaged in the sale of large quantities of heroin, fentanyl, and other controlled substances. Many of the Targets are members of A Block, a violent Brockton street gang. Most of the Targets have significant criminal records, including convictions for crimes of violence, or drug trafficking offenses, or convictions for illegal possession of firearms.

109.   DJUNA is a member of A Block. DJUNA has been convicted of two prior drug trafficking offenses. On September 2, 2008, DJUNA was convicted in Brockton District Court of possession with intent to distribute marijuana and sentenced to two years in prison, six months to serve, and the balance suspended for two years. On July 3, 2009, DJUNA was convicted in Brockton District Court of distribution of marijuana and sentenced to one year in prison. On the same day, DJUNA's 2008 suspended sentence was revoked and he was sentenced to an additional eighteen months in prison. The 2018 phase of the investigation revealed that DJUNA trafficked in large quantities of heroin and fentanyl, as well as possessed an arsenal of firearms and ammunition (including an assault weapon) in his home, while on pre-trial release on a drug and gun case in Plymouth Superior Court.

110.   CODY is a member of A Block. In 2012, CODY was convicted in Plymouth Superior Court of unlawful possession of a firearm and discharging a firearm within 500 feet of a building and was sentenced to 26 months in prison and probation (after he was found in violation of his probation, he was sentenced to an additional eighteen months in prison). As with DJUNA, his large-scale drug trafficking and weapons possession occurred while he was on pre-trial release on a drug and gun case in Plymouth Superior Court.

111.   TONY is a member of A Block. TONY has no adult criminal record. However, as outlined above, TONY was an integral part of the drug trafficking operation run out of 12 Addison Avenue. Further, on October 21, 2018, agents seized ammunition, a large quantity of fentanyl, marijuana, packaging materials, a digital scale, and a kilo press from TONY's room.

112.   MENDES is a member of A Block. In 2012, MENDES was convicted in Plymouth Superior Court of unlawful possession of a firearm and was sentenced to one year in prison. In March 2018, MENDES was indicted in Plymouth Superior Court for possession of fentanyl with intent to distribute and unlawful possession of a firearm, subsequent offense. MENDES's intercepted communications with DJUNA concerning drug trafficking, the seizure of distribution-sized quantities of fentanyl from MENDES, and the seizure of large sums of cash, all occurred while he was on pre-trial release on that case.

113.   ANTUNES is a member of A Block. In 2017, ANTUNES was sentenced to a year in prison for possession of a Class E substance. In 2010, ANTUNES was sentenced to one year in prison for possession with intent to distribute cocaine and, in a separate case, was concurrently sentenced to one year for possession of heroin.

114.   In 2011, GONSALVES was convicted in U.S. District Court in Boston of distribution of cocaine base. He was sentenced to 27 months in prison and three years of supervised release. In 2009, GONSALVES was convicted of assault with a dangerous weapon, malicious destruction of property, and breaking and entering, and received a one-year suspended prison sentence and two years probation.

115.    In 2016, PINA was convicted in U.S. District Court in Boston of distribution of heroin and fentanyl. He was sentenced to 30 months in prison. He is currently on supervised release.

116.    In 2017, DONAHUE pleaded guilty in Taunton District Court to possession with intent to distribute fentanyl. He was sentenced to eighteen months in prison and placed on probation until 2019. Accordingly, he was on probation for possession with intent to distribute fentanyl when he acquired distribution-sized quantity of fentanyl from DJUNA and ANTUNES.

117.    In 2017, PEREIRA was convicted in the Taunton District Court of possession of marijuana and resisting arrest and was sentenced to four months in prison. In 2016, PEREIRA was convicted of negligent operation of a motor vehicle. As a result of violating his probation, he was sentenced to nine months in prison. In 2009, PEREIRA was convicted in Brockton District Court of two separate unlawful possession of a firearm offenses and was sentenced to a total of eighteen months in prison.

In light of the evidence summarized above, I respectfully request that the Targets be detained pending trial.

Signed under the pains and penalties of perjury this 31st day of October, 2018.

Jason Abramoski
Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 31st day of October, 2018.

The Honorable Marianne B. Bowler
United States Magistrate Judge